MORA EMPLOYMENT LAW, APC
BETH W. MORA (SBN 208859)
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Telephone: 925.820.8949
Facsimile: 925.820.0278
Email: bmora@moraelaw.com

Attorneys for Plaintiff ELIZABETH AKA SHELLY HENRY

Bonnie Glatzer, SBN 147804
bglatzer@nixonpeabody.com
Traci Bernard-Marks, SBN 300174
tbernardmarks@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel:   415-984-8200
Fax:   415-984-8300

Attorneys for Defendant USS-POSCO INDUSTRIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AKA SHELLY HENRY,<br><br>Plaintiff,<br><br>v.<br><br>USS-POSCO INDUSTRIES, a California Corporation; and DOES 1-50,<br><br>Defendants. | Case No. 16-cv-01939-PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff ELIZABETH AKA SHELLY HENRY and Defendants USS-POSCO INDUSTRIES by and through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its

1

entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

Dated: November 16, 2016                MORA EMPLOYMENT LAW, APC

                                        By: /s/ Beth W. Mora
                                            Beth W. Mora

                                        Attorneys for Plaintiff, PATRICIA NELSON

Date: November 16, 2016

                                        By: /s/ Bonnie Glatzer
                                            Bonnie Glatzer
                                            Traci Bernard-Marks
                                            NIXON PEABODY LLP
                                            Attorneys for Defendant
                                            USS-POSCO INDUSTRIES

## ORDER

Based on the foregoing stipulation and otherwise finding good cause therefore,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: 11/16/16

                                        UNITED STATES DISTRICT COURT
                                        IT IS SO ORDERED
                                        Judge Phyllis J. Hamilton